# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D23-2540
LT Case No. 2019-CF-013358-A

———————————————

APRIL ANN GIELOW,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Brevard County.
Aaron Peacock, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett, Assistant Public Defender, Dayton Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Deborah A. Chance, Assistant Attorney General, Daytona Beach, for Appellee.

February 6, 2024

PER CURIAM.

AFFIRMED.

MAKAR, MACIVER, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____